# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BAPTISTE NEAL,<br><br>            Plaintiff,<br><br>     v.<br><br>DIRECTOR OF DEPT. OF CORRECTIONS AND REHABILITATIONS, et al.,<br><br>            Defendants. | **Case No. 1:14-cv-02067---JLT (PC)**<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR SCREENING ORDER AND FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**(Doc. 3)** |

Plaintiff, Sean Baptiste Neal, is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff originally filed this action in Kern County Superior Court, but on December 22, 2014, Defendants removed the action to this Court. (Doc. 1.) That same day, Defendants filed a motion requesting that the action be screened per 28 U.S.C. § 1915A and that they be allowed to file a response to Plaintiff's pleading thirty days if it "survives the Court's screening. . . ." (Doc. 3.)

It is true that 28 U.S.C. § 1915A applies to this action and requires the court to screen all civil actions filed by prisoners seeking redress from a governmental officer, employee, or entity. Thus, Defendants' request for screening is properly granted. Further, until cognizable claims have been found to be stated against them, Defendants are not required to file a responsive pleading.

/ / /

/ /

1

Accordingly, it is HEREBY ORDERED that Defendant's Request for Screening Order under 28 U.S.C. § 1915A, filed on December 22, 2014 (Doc. 3), is GRANTED. As necessary, the Court will set a responsive pleading deadline. Until that time, no responsive pleading shall be filed.

IT IS SO ORDERED.

Dated:   **December 29, 2014**                    **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE